UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-60234-CIV-ALTMAN/Hunt

**HOWARD COHAN**,

    *Plaintiff,*

v.

**RAINFOREST CAFE, INC.**,

    *Defendant.*

_____/

**ORDER**

**THIS MATTER** comes before the Court on the Plaintiff's Notice of Settlement [ECF No. 6], which states that the parties have reached a full settlement agreement. The Court hereby **ORDERS AND ADJUDGES** as follows:

1. The above-styled action is administratively **CLOSED** without prejudice to the parties to file a stipulation of dismissal on or before **March 12, 2021**.

2. If the parties fail to complete the expected settlement, any party may ask the Court to reopen the case.

3. All pending deadlines and hearings are **TERMINATED**, and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 11th day of February 2021.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record