UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

HOWARD COHAN,

    Plaintiff,

vs.                            CASE NO.: 0:21-cv-60234-RKA

RAINFOREST CAFE, INC.
a Foreign Profit Corporation
d/b/a RAINFOREST CAFE

    Defendant(s).
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff, HOWARD COHAN and his undersigned counsel hereby give notice that the above captioned action is voluntarily dismissed, with prejudice against Defendant, RAINFOREST CAFE, INC., a Foreign Profit Corporation, d/b/a RAINFOREST CAFE.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 5, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action, Jared Scruggs, via Email at: jared.scruggs@ldry.com.

By: **/s/ Gregory S. Sconzo**
Gregory S. Sconzo, Esq.
Florida Bar No.: 0105553
Sconzo Law Office, P.A.
3825 PGA Boulevard, Suite 207
Palm Beach Gardens, FL 33410
Telephone: (561) 729-0940
Facsimile: (561) 491-9459
Email: greg@sconzolawoffice.com
Secondary Email: alexa@sconzolawoffice.com
Attorney for Plaintiff